UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.  CASE NO.: 2:20-cr-85-FtM-38NPM

CHRISTOPHER TED DULUK

## **PRELIMINARY ORDER OF FORFEITURE**[1]

Before the Court is the United States' Motion for Preliminary Order of Forfeiture filed January 25, 2021. (Doc. 81). Pursuant to 18 U.S.C. § 2253, and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the United States is seeking a preliminary order of forfeiture for a **PNY 256GB thumb drive** and a **Lenovo laptop, serial number YD04Q0JA**, which assets were used or intended to be used by Defendant Christopher Ted Duluk to commit, or to promote the commission of, the violation charged in Count One of the Indictment, or is property traceable to such property. (Doc. 1).

On June 3, 2020, a Grand Jury indicted Christopher Ted Duluk on one-count of possession of child pornography, in violation of 18 U.S.C. § 2252(a)(4)(B) and 2252(b)(2). (Doc. 1). The undersigned United States District Court Judge conducted a bench trial on December 2, 2020 at which time the Court reviewed

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

the Waiver of Jury Trial (Doc. 66) and Stipulation of Facts (Doc. 65) signed and filed jointly by the parties.  Following the bench trial, the Court found Duluk guilty of Count One of the Indictment and ordered the previously identified assets be forfeited to the Government; the Sentencing hearing is currently scheduled for April 12, 2021. (Doc. 71).

The required connection between the crime of conviction and the asset has been established and the Government is entitled to the forfeit property. Therefore, the United States' Motion for Preliminary Order of Forfeiture (Doc. 81) is **GRANTED**.  Pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, the assets described herein are **FORFEITED** to the United States of America for disposition according to law, subject to the provisions of 21 U.S.C. § 853(n).

This order of forfeiture as to Christopher Ted Duluk shall become final at the time of sentencing.

The Court retains jurisdiction to address any third-party claim that may be asserted in these proceedings, and to complete the forfeiture and disposition of the assets sought by the Government.

**DONE AND ORDERED** in Fort Myers, Florida on January 28, 2021.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: Counsel of Record