UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v.                                                                          Case No. 2:20-cr-85-SPC-NPM

CHRISTOPHER TED DULUK
_____/

**FINAL ORDER OF FORFEITURE FOR DIRECT ASSETS**

Before the Court is the United States' Motion for a Final Order of Forfeiture, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure, for a **PNY 256GB thumb drive and a Lenovo laptop, serial number YD04Q0JA**.   Doc. 88.

On January 28, 2021, the Court entered a Preliminary Order of Forfeiture for the asset described above, pursuant to 18 U.S.C. § 2253 and Rule 32.2(b)(2) of the Federal Rules of Criminal Procedure.   Doc. 82.

The Court finds that in accordance with 21 U.S.C. § 853(n) and Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its intent to dispose of the assets on the official government website, www.forfeiture.gov, from January 30, 2021 through February 28, 2021.   Doc. 87.  The publication gave notice to all third parties with a legal interest in the assets to file with the Office of the Clerk, United States District Court, 2110 First Street, Suite 2-194, Ft. Myers, Florida 33901, a petition to adjudicate

their interests within 60 days of the first date of publication. No third party has filed a petition or claimed an interest in the assets, and the time for filing such petition has expired.

Accordingly, it is hereby:

> **ORDERED** that
>
> 1. For good cause shown, the United States' Motion for a Final Order of Forfeiture is **GRANTED**. (Doc. 88).
>
> 2. Pursuant to 21 U.S.C. § 853(n)(7) and Federal Rule of Criminal Procedure 32.2(c)(2), all right, title and interest in the assets identified above is **CONDEMNED** and **FORFEITED** to the United States for disposition according to law.
>
> 3. Clear title to the asset is now vested in the United States of America.

**DONE** and **ORDERED** in Fort Myers, Florida, April 8th, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies to:
All Parties of Record